■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ALTON KEYS, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered February 23, 1960, after a jury trial, convicting him of

attempted robbery in the first degree, attempted petit larceny, and assault in the second degree, and imposing sentence. Judgment affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.